```
DIANE L. KIMBERLIN, BAR No. CA 071487
MICHAEL W. WARREN, BAR No. CA 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:   408.998.4150
Facsimile:   408.288.5686
Email:       dkimberlin@littler.com
Email:       mwarren@littler.com

Attorneys for Defendant
PHT CORPORATION
```

FILED

2008 JUL 10  P 1: 44

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

C08 03340 PVT

| | |
|---|---|
| SUE F. BLECMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>PHT CORPORATION, a Delaware corporation, DOES 1-07, inclusive,<br><br>            Defendants. | Case No.<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-16] |

Defendant PHT Corporation submits the following Certification of Interested Entities or Persons pursuant to United States District Court for the Northern District of California, Local Rule 3-16:

///

///

///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 10, 2008

MICHAEL W. WARREN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PHT CORPORATION

Firmwide:85833847.1 060234.1001

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA 95113 2303
408 998 4150

2.

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS