1  DIANE L. KIMBERLIN, BAR No. CA 071487
   MICHAEL W. WARREN, BAR No. CA 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street
   15th Floor
4  San Jose, CA  95113.2303
   Telephone:    408.998.4150
5  Facsimile:    408.288.5686
   Email:        dkimberlin@littler.com
6  Email:        mwarren@littler.com

7  Attorneys for Defendant
   PHT CORPORATION
8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12

13
   SUE F. BLECMAN,                    | Case No.   C-08-03340 PVT
14
                 Plaintiff,           | **CERTIFICATE OF SERVICE OF NOTICE**
15                                    | **TO STATE COURT AND ADVERSE**
        v.                            | **PARTY OF REMOVAL TO FEDERAL**
16                                    | **COURT**
   PHT CORPORATION, a Delaware
17 corporation, DOES 1-07, inclusive,

18               Defendants.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
408.998.4150

CERTIFICATE OF SERVICE OF NOTICE TO STATE
COURT AND ADVERSE PARTY OF REMOVAL TO
FEDERAL COURT

1    I, Kathleen Marie Dolce, certify and declare as follows:

2    I am a resident of the State of California, over the age of eighteen years, and not a party to

3    the within action. My business address is: 50 West San Fernando Street, 15th Floor, San Jose,

4    California 95113-2303. On July 11, 2008, I served the following documents:

5    1.   **NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT;**

7    2.   **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES;**

8    3.   **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

10   4.   **OFFICE OF THE CLERK OF U.S. DISTRICT COURT GUIDELINES, AND**

11   5.   **CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

13   Cynthia A. Laica
     Hallmark Law Firm
14   11440 West Bernardo Court, Suite 300
     San Diego, California 92127
15   (858) 386-9696

17   I declare under penalty of perjury under the laws of the State of California that the

18   above is true and correct. Executed on July 11, 2008, at San Jose, California.

*(signature)*
Kathleen Dolce

Firmwide:85857394.1 060234.1001

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
15th Floor
San Jose, CA 95113.2303
408.998.4150

Firmwide:85826625.1 060234.1001

2.

CERTIFICATE OF SERVICE OF NOTICE TO STATE COURT AND ADVERSE PARTY OF REMOVAL TO FEDERAL COURT