| | |
|---|---|
| 1 | Cynthia A. Laica, Esq.   CSBN 244301 |
|   | Hallmark Law Firm |
| 2 | 11440 West Bernardo Court, Suite 300 |
|   | San Diego, California 92127 |
| 3 | Telephone: 858.386.9696 |
|   | Facsimile:  858.675.3696 |
| 4 | E-Mail: calaica@hallmarklaw.net |

*E-FILED - 10/28/08*

Attorneys for Plaintiff SUE F. BLECMAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SUE F. BLECMAN, an individual | Case No. C 08-03340 RMW |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER |
| PHT CORPORATION, a Delaware corporation, | |
| Defendants. | Date:   December 05, 2008 |
| | Time:   10:30 a.m. |
| | Judge:  Hon. Ronald M. Whyte |

Plaintiff Sue F. Blecman, its successors and/or assigns by and through her counsel of record, Hallmark Law Firm, Cynthia A. Laica, Esq., and Defendant PHT Corporation, its successors and/or assigns by and through its counsel of record, Littler Mendelson APC, Michael W. Warren Esq. and, in the within matter, hereby stipulate to the following.

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER   1

**IT IS SO STIPULATED:**

1. Plaintiff's counsel of record, Cynthia A. Laica, Esq. shall be engaged in travel and court appearance during the week of November 03, 2008, and will be unavailable for a court appearance on the scheduled case management conference for November 07, 2008, and having such good cause,

2. The respective parties have agreed to a continuance of the Case Management Conference currently set for November 07, 2008 at 10:30 a.m. Accordingly, the respective parties request that this Honorable Court to continue this hearing to December ~~X~~ 12, 2008 at 10:30 a.m. or to a time convenient to the Court.

Dated: October 15, 2008

HALLMARK LAW FIRM

*/s/ Cynthia Laica*
CYNTHIA A. LAICA
Attorneys for Plaintiff
SUE F. BLECMAN

Dated: 10/15/08

LITTLER MENDELSON, APC

By: */s/*
MICHAEL W. WARREN
Attorneys for Defendant
PHT CORPORATION

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER   2

## ORDER

On reading and filing the attached Stipulation to Continue Case Management Conference and good cause appearing therefore, it is HEREBY ORDERED to continue this conference at December 0̶5̶, 10:30 a.m. or to a time convenient to the Court __December 12, 2008__.
            12

**IT IS SO ORDERED.**

Dated: __10/28/08__                              _[signature]_ for
                                                 _____
                                                 RONALD M. WHYTE
                                                 United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER   3