CYNTHIA A. LAICA, ESQ.          CSBN 244301
SUZANNE M. DAVIDSON, ESQ.  CSBN 230597
HALLMARK LAW FIRM
11440 West Bernardo Court, Suite 300
San Diego, California 92127
Telephone: 858.386.9696
Facsimile:  858.675.3696
E-Mail: calaica@hallmarklaw.net

Attorneys for Plaintiff SUE F. BLECMAN

DIANE L. KIMBERLIN, Bar No. 071487
dkimberlin@littler.com
MICHAEL W. WARREN, Bar No. 223642
mwarren@littler.com
KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150
Facsimile: 408.288.5686

*E-FILED - 4/21/09*

Attorneys for Defendant
PHT CORPORATION

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| SUE F. BLECMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>PHT CORPORATION, a Delaware corporation,<br>Defendants. | Case No. C 08-03340 RMW<br><br>STIPULATION AND AMENDED CASE MANAGEMENT CONFERENCE AND ORDER |

STIPULATION AND AMENDED CASE MANAGEMENTCONFERENCE AND ORDER   1

Plaintiff Sue F. Blecman, its successors and/or assigns by and through her counsel of record, Hallmark Law Firm, Cynthia A. Laica, Esq., and Defendant PHT Corporation, its successors and/or assigns by and through its counsel of record, Littler Mendelson APC, Michael W. Warren Esq. and, in the within matter, hereby stipulate to the following.

**IT IS SO STIPULATED:**

1.   The respective parties had scheduling conflicts in meeting the Ordered, court mediation program deadline of April 24, 2009. The parties have agreed to conducting mediation at a later date to accommodate the scheduling conflicts. The current scheduled date for mediation is May 18, 2009.

2.   The majority of oral depositions in this matter will be conducted in Boston, Massachusetts. To conserve resources the respective parties have agreed to postpone all oral depositions pending the conclusion of mediation.

3.   To conserve resources for all parties, the respective parties have agreed to postpone all discovery motion hearings pending the conclusion of mediation.

4.   Mediation will be held in approximately sixty (60) days, in those sixty (60) days the significant portion of the discovery process will be suspended pending the conclusion of mediation. The respective parties have agreed to adjust the deadlines and dates prepared in the Case Management Order and executed by this Honorable Court on December 24, 2008, by pushing the dates back by approximately sixty (60) dates, including the trial date.

1  Accordingly, the respective parties request that this Honorable Court execute an amended
2  Case Management Order that reflects the parties agreements.

5  Dated: March 20, 2009  HALLMARK LAW FIRM

   _____
   CYNTHIA A. LAICA
   Attorneys for Plaintiff
   SUE F. BLECMAN

13  Dated: March 20, 2009  LITTLER MENDELSON, APC

    By: _____
    MICHAEL W. WARREN
    Attorneys for Defendant
    PHT CORPORATION

STIPULATION AND AMENDED CASE MANAGEMENT CONFERENCE AND ORDER   3

## **ORDER**

The Case Management Conference in the above referenced matter came on for hearing on December 12, 2008, before the Honorable Ronald M. Whyte, United States District Court Judge. The Case Management Order executed by this Honorable Court on December 24, 2008, is amended.

Good cause appearing, it is HEREBY ORDERED:

1. Mediation shall be completed by May 29, 2009.

2. Discovery cutoff is October 21, 2009.

3. Supplemental Discovery is due September 15, 2009.

4. Discovery limits are as follows:

   a. Interrogatories: up to 40 per party.

   b. Requests for Admission: up to 25 per party.

   c. Depositions: up to 10 per party, not including experts.

   d. All Depositions, including experts, shall be limited to 7 hours each. The parties may stipulate to extend the deposition time of each deponent, and counsel will use reasonableness when requesting or denying an extension of time for the deposition of each deponent. If the parties cannot agree, either party may bring a motion to extend the deposition time of each deponent and may request expenses and costs before this Court.

5. Expert Disclosure shall proceed as follows:

   a. Designation of experts on July 29, 2009.

   b. Designation of rebuttal experts on August 12, 2009.

   c. Exchange of expert reports on October 3, 2009.

   d. Expert Discovery cut-off is October 28, 2009.

6. Last day for hearing on Dispositive Motions is December 11, 2009.

STIPULATION AND AMENDED CASE MANAGEMENTCONFERENCE AND ORDER   4

7. The parties must file a Joint Pretrial Statement on December 30, 2009.

8. The Pretrial Conference is scheduled for January 07, 2010.

9. Trial in this matter is set for January 19, 2010.

**\*FINAL CONTINUANCE\***

DATED: 4/21/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

APPROVED AS TO FORM:

Dated: March 20, 2009

Michael W. Warren
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PHT CORPORATION

Dated: March 20, 2009

Cynthia A. Laica
HALLMARK LAW FIRM
Attorneys for Plaintiff
SUE F. BLECMAN